**FILED**

DEC 1 8 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>V.<br><br>1. JESSE RAY HARDEE<br>2. HEATHER DAWN GRIFFITH,<br>                Defendants. | CRIMINAL NO. **MO19CR.265**<br>INDICTMENT<br>[Vio: 21 U.S.C. § 846 -<br>Conspiracy;<br>21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. § 846]

Beginning on or about May 1, 2019, and continuing until on or about November 26, 2019, in the Western District of Texas and elsewhere, the Defendants,

**JESSE RAY HARDEE and
HEATHER DAWN GRIFFITH,**

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

A TRUE BILL

**Original signed by the
foreperson of the Grand Jury**

JOHN F. BASH
UNITED STATES ATTORNEY



GLENN HARWOOD
Assistant United States Attorney